# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 8:25-cv-270-CEH-LSG

DIANE GREENE, ET AL

    *Plaintiff,*

vs.

ERIC HARPER, ET AL.

    *Defendant*(s).

_____/

## NOTICE OF TAKING ZOOM DEPOSITION

**NOW COMES**, the Plaintiff, DIANE GREENE, ET AL, by and through her legal counsel, Mauricio Padilla, Esquire and hereby states he will take the deposition, by oral examination of the person(s) named below, at the date, hour and place indicated.

| NAME | DATE | PLACE |
|------|------|-------|
| Sammy Taylor | Friday, April 17, 2026 at 1:00 PM until the deposition is concluded | Zoom -virtual. Link to be provided via email two days prior. |

before a member of US Legal Court Reporting Service, or some other Notary Public in the State of Florida at large, who is not of counsel to either party or interested in the event of the cause. Said deposition is being taken for the purpose

of discovery, to be used at trial or for any such purpose as permitted under the

Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been electronically furnished to all counsel of record for the defendant(s) on this 8th day of April 2026.

Respectfully submitted,

**PADILLA LAW GROUP**
14 NE 1st Avenue, Suite 300
Miami, Florida 33132
Tel. No. (305) 856-1777
Fax. No. (305) 856-2411
mp@miaesq.com
By: */s/ Mauricio Padilla*
Mauricio Padilla Esq